UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRANCO POSCA,

      Plaintiff,        **MEMORANDUM APPROVING PROPOSED SETTLEMENT**

  - v -

LPS CONTRACTING CORP., et al.,      CV-11-376 (NGG)(VVP)

       Defendants.
------------------------------------------------------------x

  Pursuant to an order entered in this action by Judge Nicholas G. Garaufis, the parties have jointly submitted a copy of the settlement agreement they have endorsed along with a letter explaining the basis for the financial terms of the settlement.[1]  Upon review of the settlement agreement in light of the allegations in the complaint and the representations made by the parties concerning the evidence relevant to the plaintiff's claims, I find that the settlement is fair and reasonable, and therefore recommend its approval by the court.

               *Viktor V. Pohorelsky*
               VIKTOR V. POHORELSKY
               United States Magistrate Judge

Dated:  Brooklyn, New York
     October 19, 2011

---

[1]The documents were not filed but rather submitted by facsimile, as the parties apparently wish that the settlement terms remain confidential in accordance with one of the provisions of the settlement agreement.  Settlement terms are often not made a matter of public record, and confidentiality serves the court's interest in encouraging settlement.  Accordingly, as there is no reason for the terms to be made public in this case, the court will file the documents under seal.